

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2019

No. 04-19-00332-CV

Lee B. **WHEELER,** Trustee of the L& P Children's Trust and Nancy Wheeler Plumlee,
Appellants

v.

**SAN MIGUEL ELECTRIC COOPERATIVE, INC.,**
Appellee

From the 36th Judicial District Court, McMullen County, Texas
Trial Court No. M-17-0027-CV-A
Honorable Starr Boldrick Bauer, Judge Presiding

# O R D E R

Appellant's third amended motion for extension of time is GRANTED. Appellant's brief is due October 18, 2019. No further extensions of time will be granted absent extenuating circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk